ORDERED.

**Dated:  October 29, 2019**

Cynthia C. Jackson
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

In re

Jeffrey D Markham
and Christine L Markham

CHAPTER    13
CASE NO.    6:17-bk-04933-CCJ

      Debtor(s)

_____/

## AGREED ORDER ON DEBTOR'S OBJECTION TO THE POST PETITION MORTGAGE FEES, EXPENSES, AND CHARGES (DOC. NO. 32 )

THIS CASE is before the Court on the Objection to the Post Petition Mortgage Fees, Expenses, and Charges (Doc. No 32) filed by the Debtors. By submission of this order for entry, the submitting counsel represents that the opposing party consents to its entry. Accordingly, it is

ORDERED as follows:

1.      The Debtors' Objection is sustained in part as further set forth below.

2.      The fees are allowed for the total sum of $200.00. The fees will remain on the Debtors' account as recoverable until they are paid in full. The remaining fees of $200.00 are disallowed and discharged upon the Debtors obtaining a discharge in this bankruptcy.

3.      ARVEST CENTRAL MORTGAGE COMPANY ("Creditor")  has agreed that there will not be additional property inspection charges to the Debtor during the pendency of the bankruptcy case.

###

Attorney Jessica Hicks is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within three days of the entry of this order.